

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 12, 2026

**BY EMAIL**
Hon. Edgardo Ramos
United States District Judge
40 Foley Square
New York, NY

## MEMO ENDORSED

Re: *United States v. Donteaze Brackins*, 25 Cr. 530 (ER)

Dear Judge Ramos:

Sentencing in this matter is scheduled for Thursday, March 19, 2026. The parties have been in communication with the Court about a brief adjournment of the sentencing proceeding, and those discussions remain underway. The original deadline for the Government's sentencing submission is tonight, one week in advance of the scheduled sentencing proceeding in accordance with this Court's individual rules. In view of the ongoing effort to find an agreeable date for a short adjournment of the sentencing proceeding, the Government respectfully requests permission to extend its deadline for filing its sentencing submission until one week before the date that the Court ultimately orders the sentencing proceeding to be held. The parties are available for sentencing on March 26 (preferably in the morning) and March 27 (preferably in the afternoon). If neither time is convenient for the Court, the parties will continue to communicate with Chambers about a preferable date.

The government's application for an extension of time to file their sentencing submission is granted. Sentencing is adjourned to March 26, 2026, at 10 a.m. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 3/13/2026
New York, New York

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
William C. Kinder
Justin Horton
Assistant United States Attorneys
(212) 637-2394 / -2276

cc:     Counsel of Record